# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEFFREY A. LIEPERT

VERSUS

RIVER CLUB DEVELOPMENT, LLC,
MJB CONSTRUCTION, LLC, POOLS
BY JOE CROWTON, LLC, TOC
HARD SCAPES UNLIMITED, INC.,
AND LAMULLE CONSTRUCTION,
L.L.C.

NO.   2025 CW 0944

OCTOBER 2, 2025

---

In Re:   River Club Development, LLC, applying for supervisory
writs, 22nd Judicial District Court, Parish of St.
Tammany, No. 201912842.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**STAY DENIED; WRIT DENIED.**

**HG**
**TPS**

McClendon, C.J., concurs. The criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396
So.2d 878 (La. 1981) (*per curiam*), are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT